**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7118

ROY FRANKLIN ECHOLS, JR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of Virginia
Department of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, District
Judge.   (CA-01-155-3-REP)

Submitted:  December 22, 2005          Decided:  December 30, 2005

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Franklin Echols, Jr., Appellant Pro Se.   Linwood Theodore
Wells, Jr., Assistant Attorney General, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Roy Franklin Echols, Jr., appeals the district court's order denying his motion to refund the appellate filing fee paid in a prior appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Echols v. Angelone, No. CA-01-155-3-REP (E.D. Va. June 30, 2005). We grant permission to proceed in forma pauperis in this appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED